UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTIUS WILLIX,

    Petitioner,

Case No. 1:11-cv-894

v.

HON. JANET T. NEFF

ERIC HOLDER, JR. et al.,

    Respondents.

_____/

### FINAL ORDER

    This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2241. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 24, 2012, recommending that this Court grant Respondents' Unopposed Motion to Dismiss (Dkt 4). Service of the Report and Recommendation to Petitioner by U.S. Mail was returned, marked "inmate released" and "return to sender" (Dkt 8). No objections to the Report and Recommendation have been filed. *See* 28 U.S.C. § 636(b)(1), and the Court issues this Final Order [*See* RULES GOVERNING § 2254 CASES, Rule 11 (referring to the order disposing of a habeas petition as a "final order").] Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 7) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that Respondents' Unopposed Motion to Dismiss (Dkt 4) is GRANTED for the reasons stated in the Report and Recommendation.

    **IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C.

§ 2253(c) is DENIED as to each issue asserted. *See* RULES GOVERNING § 2254 CASES, Rule 11 (requiring the district court to "issue or deny a certificate of appealability when it enters a final order"). Petitioner has not demonstrated that reasonable jurists would find the Court's rulings debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).


Date: February 13, 2012              /s/ Janet T. Neff
                                     JANET T. NEFF
                                     United States District Judge